**DISMISS; and Opinion Filed September 11, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00773-CV

### IN THE INTEREST OF A.B., JR. AND A. B., MINOR CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55271-2012**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

By notice and motion filed August 28, 2018, appellant informs the Court he has settled all issues with appellee and moves for dismissal of the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180773F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.B., JR. AND A. B., MINOR CHILDREN

No. 05-18-00773-CV

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-55271-2012.
Opinion delivered by Justice Boatright, Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Laura Marr recover her costs, if any, of this appeal from appellant Aurelio Bustos.

Judgment entered this 11th day of September, 2018.